IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| In the Matter of the Search of: | MJ-17-66-M-JCL |
|---|---|
| Clifford Preuss Premises: 3550 U.S. Highway 89 West St. Mary, Montana 59411 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 2nd day of January, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge